# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOAN EHLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-1025-AKK |
| | ) |
| FIRST FINANCIAL ASSET | ) |
| MANAGEMENT, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joan Ehlman and Defendants First Financial Asset Management, Inc. and Uplift, Inc. jointly stipulate to the dismissal of the lawsuit, without prejudice. The Parties agree that there is a binding arbitration clause that governs this dispute, and Ms. Ehlman plans to bring her claims in arbitration.

Respectfully submitted,

/s/ W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiff

**OF COUNSEL:**

COCHRUN & SEALS, LLC
P.O. Box 10448
Birmingham, Alabama 35202
filings@cochrunseals.com

/s/ Jade E. Sipes
JADE E. SIPES

1

Attorney for Defendants

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Fax: (205) 488-3846
jsipes@bakerdonelson.com