# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOAN EHLMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:20-cv-1025-AKK** |
| **FIRST FINANCIAL ASSET** ) | |
| **MANAGEMENT, INC, et al.,** ) | |
| ) | |
| **Defendants.** | |

## ORDER

In light of the parties' Joint Stipulation of Dismissal Without Prejudice, doc. 12, it is **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The clerk is **DIRECTED** to close the file.

**DONE** the 9th day of December, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE